**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GIOVANNI ANTONION ZELAYA, | ) | CASE NO. CV 08-06160 GW (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DEBRA DEXTER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Objections have not been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: January 22, 2010

GEORGE H. WU
UNITED STATES DISTRICT JUDGE