**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI ANTONION ZELAYA,<br><br>    Petitioner,<br><br>    vs.<br><br>DEBRA DEXTER, WARDEN,<br><br>    Respondent. | CASE NO. CV 08-06160 GW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of GIOVANNI ANTONION ZELAYA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 3, 2011

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE